FILED
2010 APR -6 PM 4:13
CLERK U.S. [DISTRICT COURT]
CENTRAL [DISTRICT]
SANTA ANA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Harold Haney

PLAINTIFF/PETITIONER,

v.

Law Office of Rory W. Clark, Rory W. Clark
Chase Bank USA N.A., a Corporation AKA
JPMorgan Chase

DEFENDANT(S).

CASE NUMBER SACV10-00422

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, __HAROLD HANEY__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes   ☐No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __See #2__

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☒Yes   ☐No
   b. Rent payments, interest or dividends?   ☐Yes   ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes   ☒No
   d. Gifts or inheritances?   ☐Yes   ☒No
   e. Any other income (other than listed above)?   ☐Yes   ☒No
   f. Loans?   ☐Yes   ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __SELF EMPLOYMENT INCOME 2,231.33__

---

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   *PERSONAL ACCOUNT - 21,970.03 FOR THE PAST 6 MONTHS*

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒Yes   ☐No

   If the answer is yes, describe the property and state its approximate value: *CONDO - 520,000*
   *CAR #1 - 22,420   CAR #2 - 23,327*

5. In what year did you last file an Income Tax return? *2008*
   Approximately how much income did your last tax return reflect? *26,776.00*

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   *WIFE - 50%*

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

*CALIFORNIA*
State

*ORANGE*
County (or City)

I, *HAROLD HANEY*, declare under penalty of perjury that the foregoing is true and correct.

*APRIL 6 2010*
Date

*[signature]*
Plaintiff/Petitioner (Signature)